## Donald C. Allensworth, Plaintiff-Appellant, v. The First Galesburg National Bank and Trust Company, Principal for Galesburg Glass Company, Thomas H. DuJardin, Walter E. Brown, Ila Algren and Clifford Algren, Gus C. Pahlow and Victor Casket Hardware Company, Defendants-Appellees.

Gen. No. 10,669. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Donald C. Allensworth, *pro se*, appellant; Burrel Barash, and Stuart, Neagle & West, for appellees. *Per Curiam.* Not to be published in full. Opinion filed May 15, 1953; released for publication May 29, 1953.